IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-56 (MTT) |
| | ) |
| DOUGLAS ROBERT HAMBRICK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The parties have moved the Court to continue this case to the next trial term. Doc. 34.  The defendant was indicted on October 12, 2022, and had his arraignment in this Court on October 27, 2022.  Docs. 1; 9.  Two prior continuances have been granted.  Docs. 19; 25.  The parties now move the Court to continue this case from the scheduled term to give the defendant the opportunity to complete the conditions of the 18-month pretrial diversion agreement he entered into in January 2023.  Doc. 34 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 34) is **GRANTED**.  The case is continued from the March term until the Court's trial term presently scheduled for **September 16, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 17th day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT